IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK ALLEN, JR.,

          Plaintiff,

   v.

WELLS FARGO, N.A.,

          Defendants.

CIVIL ACTION
NO. 14-5283

## ORDER

**AND NOW**, this 27th day of August 2015, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5), Plaintiff's Response (Doc. No. 6), the arguments of the Plaintiff and defense counsel at the hearing held on November 25, 2014, and in accordance with the Opinion issued this day, it is **ORDERED** that the Motion to Dismiss (Doc. No. 5) is **GRANTED**.  The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:


/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.